United States District Court of Maryland

101 W. Lombard Street

Baltimore, MD 21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 MAR 21  PM 3:56

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**Adria M. Crump**

211 Garden Ridge Road

Apt. B

Catonsville, MD 21228

      Plaintiff

vs.

**Vinifera Distributing of Maryland**

3630 commerce Drive

Ste. 105

Baltimore, MD 21227

      Defendant

Case No.: No. RDB-19-787

**Complaint:** Unequal terms and conditions of my employment, retaliation and unsafe work environment.

**Complaint:**

1. I was hired mid-July 2017 and I conducted a physical inventory of the warehouse, which had discrepancies from the prior month as well as the end of the month of July with more discrepancies. I was told by the sales manager John Fusciello, that the inventory would never come out accurate and each month I was there, it never did.

2. I informed corporate office (Anna) regarding my concerns after several months passed with discrepancies every month regarding inventory, concerns regarding employee Johns Langlois, I also made her and Preston aware of the statement John Fusciello made regarding inventory. Anna said that that responsibility fell on me, so I reminded John Langlois of the policy and procedures, which he continued to ignore. I also corresponded the Preston, who is the trainer and he also concurred.

3. John Langlois asked me why I use a cane, then on 2 separate occasions tried to compromise my stability in the warehouse, while I did not use my cane while working.

4. I disciplined John Langlois per corporate office (Anna) on 4 occasions: 8/24, 9/1, 10/6 and 10/24 after he continued to not follow policy and procedures. He spoke to John Fusciello regarding the write ups and John Fusciello blamed me for trying to fire John Langlois as John Fusciello would continue to make excuses for John Langlois.

5. I also conversed with John Fusciello regarding John Langlois continuous mess ups and he would continue to make excuses for John Langlois. I spoke with Preston and Anna, they already knew what was going on in this office as John Fusciello had previous difficulty with the prior Office Coordinator, who he fired.

6. I was fired on November 1st for being disruptive and unable to work with coworkers by John Fusciello, when in fact I was fired for doing my job with integrity, with accuracy and reporting facts that compromised my job to the appropriate persons who were aware of my concerns and never did anything regarding my concerns or write ups. He also mentioned to contact my Senators office before I left the office on November 1st.

7. After speaking with Mr. Mutale Matambo from Elijah Cummings office he suggested I file an EEOC case and I did.

**Seeking damage amount:**

Exceeding $75,000

3/21/19
Date

Adria M. Crump

_____

Judge, District Court of Maryland